# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.

BRADLEY S. DILLARD

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:18-mj-0021 DMC; and**
**3:19-mj-0001 DMC**

### THE DEFENDANT:

[ ] pleaded guilty to count(s): ____.
[X] pleaded nolo contendere to counts(s) __1,4 and 5 in Case No. 3:18-mj-0021 DMC; and Count 2 as amended and Count 3 in Case No. 3:19-mj-0001 DMC__ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.
[X] the remaining counts are dismissed.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 CFR 8351.2-1 | Exceed 14 Day Camping Limit | 08/02/2018 | 1 |
| 43 CFR 8365.1-4(b)(1) | Litter | 08/02/2018 | 4 |
| 43 CFR 2933.33(a)(1) | Fail to Pay Fee | 08/02/2018 | 5 |
| 43 CFR 8365.1-4(b)(2) as Amended | Possess Marijuana | 02/17/2019 | 1 |
| 43 CFR 8341.1(d) incorporating CVC 14601.1(a) | Drive while License Suspended | 02/17/2019 | 3 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

02/22/2019
Date of Imposition of Judgment

Dennis M. Cota, U.S. Magistrate Judge

DEFENDANT: Bradley S. Dillard
CASE NOS. 3:18-mj-0021 DMC and 3:19-mj-0001 DMC

# IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Marshal to be imprisoned for a total term of TWENTY (20) DAYS beginning on today's date.

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>five (5) years</u>.

1. During the term of probation, defendant shall comply with the standard conditions of probation as follows:

    (a)  Defendant shall not commit another federal, state or local crime; and

    (b)  Defendant shall notify the court within seventy-two hours of begin arrested; and

    (c)  Defendant shall notify the court ten days prior to any change in residence.

2. During the term of probation, defendant shall comply with the following special terms and conditions of probation as follows:

    (a)  Defendant shall not enter federal lands for a period of five (5) years including, but not limited to, lands supervised by the Bureau of Land Management; U.S. Forest Service; U.S. Park Service; Fish and Wildlife and Veteran's Administration.

    (b)  Defendant shall pay restitution to the Bureau of Land Management, 6640 Lockheed Drive, Redding, California 96002, in the sum of $975. Restitution shall be paid in full within twenty-four months of today's date.